IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3140 |
| vs. | |
| EDWARD R. HANSEN, | ORDER |
| Defendant. | |

As requested in the defendant's motion, (filing no. 26), which is hereby granted,

IT IS ORDERED:

1) Defendant's deadline for filing objections to my Findings, Recommendation and Order, (Filing No. 25), is extended to February 15, 2019.

2) Trial of this case is continued and is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **9:00 a.m.** on **April 15, 2019**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) Defendant has moved to continue the trial because the suppression issues need to be decided by the Court before Defendant can make further decisions regarding seeking plea negotiations or preparing for trial. Based on this showing the court finds the ends of justice served by granting his motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and April 15, 2019, shall be deemed

excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 29, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge