IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWARD R. HANSEN,<br><br>        Defendant. | 4:18CR3140<br><br>ORDER |

Pending before me is the defendant's motion to amend order *nunc pro tunc*, Filing no. 112. I am inclined to deny the motion and treat it as frivolous. However, before I do, I wish to hear from the government.

IT IS THEREFORE ORDERED that:

(1) On or before May 8, 2020, the government shall submit a response to the motion to amend order *nunc pro tunc*, Filing no. 112.[1]

(2) This matter is continued until further order of the court because of the pandemic and the General Orders of this court. I find that the interests of justice, including most especially the safety of all concerned, justifies the exclusion of time from today's date until this matter is set for trial. *See* 18 U.S.C. § 3161.

Dated this 28th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge

---

[1] Should I deny the motion, the parties are directed to immediately contact Judge Zwart for trial scheduling.