IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HANSEN<br><br>Defendant. | 4:18CR3140<br><br>ORDER |

A hearing was held on Tuesday, August 16, 2022, at the time set forth by the Court. The defendant has signed a plea agreement which states "that all other items seized by the Ord Police Department during the search on or about April 3, 2017, are contraband, and no other items seized during that search will be returned to Defendant or any member of his family, and no claims shall be made by Defendant or any members of his family for any of those items."

Because of the forgoing language and the inability or unwillingness of the defendant's wife to prove to the contrary,

IT IS ORDERED THAT the Government's Motion, filing no. [172], is granted and the government may dispose of all the seized weapons by destruction or otherwise.

Dated this 16th day of August, 2022.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge