IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD R. HANSEN,<br><br>    Defendant. | 4:18CR3140<br><br>**RECUSAL ORDER** |

  Edward Hansen has filed a motion to vacate under 28 U.S.C. 2255, filing no. 179., carefully examining this extraordinary long motion, it is apparent that another Judge should take this case since I will become an inactive senior judge on December 30, 2022. Therefore,

  IT IS ORDERED that I recuse myself from this case and refer it to Chief Judge Rossiter for reassignment.

  Dated this 13th day of September, 2022.

                BY THE COURT:

                Richard G. Kopf
                Senior United States District Judge